# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
THE CASE OF

_____ VS. _____
FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
TREVOR TEAGUE

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 03m-1150-JGD
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## EMPLOYMENT

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
Name and address of employer: Link Trailer Repair 3214 E. President St, Tucson, AZ
IF YES, how much do you earn per month? $ 1200
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ 0
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

## OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ___ THE SOURCES

## CASH

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ ___

## PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $5000 — DESCRIPTION: 92 Mitsubishi Montero
VALUE: $6000 — DESCRIPTION: 95 Mercury Villager

## DEPENDENTS

MARITAL STATUS: ☐ SINGLE  ☒ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3
List persons you actually support and your relationship to them:
Kristy – wife
Clayton – son
Troy – son

## DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| home |  | $ | $ 322 |
| van |  | $ | $ 330 |
| Montero |  | $ | $ 215 |
| Lot rent |  | $ | $ 450 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10/27/03

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Trevor R. Teague