UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                               CR. NO. 03-M-1150-JGD

TREVOR TEAGUE

### DEFENDANT'S MOTION TO RECONSIDER ORDER OF DETENTION

Defendant Trevor Teague, by his attorney, moves that this Court reconsider its order of detention.

As reasons therefor defendant proffers the following information not available to him at the initial detention hearing:

1. Kristy Holt, defendant's wife, suffers from severe degenerative disk disease (see medical records attached as 'Exhibit A') and as a result has been unable to work. The defendant was the sole financial support for Ms. Holt and their two children.

2. Defense counsel has conferred by telephone with Ms Holt and she relates that she also has a noncystic solid mass in her thyroid. A recent biopsy was inconclusive and Ms. Holt will have a second biopsy when she is able to secure insurance coverage for the procedure. (See letter, 11/19/03, 'Exhibit B', and report of Dr. Robert Gatenby, 'Exhibit C').

3. Ms. Holt also states that she has seven months remaining to complete her program of studies at Apollo College, Tucson, Arizona. Ms. Holt is two months into a nine month course of study to become a medical office assistant.

4. If her husband remains detained, notwithstanding her medical condition, Ms. Holt will be forced to abandon her education and obtain employment in order to

support herself and her children.

5. Ms. Holt states that since her initial conversations with defense counsel she has continued to ask for financial help from her family and that at this time believes should could borrow $10,000.00 to post as collateral for an appearance bond for her husband.

In consideration of the newly presented information, defendant requests that this Court reconsider its prior order of detention and order his release upon conditions which will require that he return to his family in Tucson, Arizona under supervision of the pretrial services office in the District of Arizona; permit and require him to maintain employment; restrict travel to the District of Arizona unless required to appear for court proceedings in the District of Massachusetts; and such other conditions as the court deems necessary.

TREVOR TEAGUE
By his attorney,

Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

CERTIFICATE OF SERVICE

I certify that I have served a copy of the above on AUSA Michael Pelgro.

Elliot M. Weinstein

Exhibit A


**ADVANCED OPEN MRI OF TUCSON, PA**
3970 N. Campbell Ave. • Tucson, AZ 85719 • Tel: 520-326-3455 • Fax: 520-321-1422

Harold Trief, MD
Medical Director

HOLT, KRISTY
(DOB: 11/22/72)

11/14/2001

Dr. Timothy Urell
551 W. Magee Road
Tucson, Arizona 85704

**MAGNETIC RESONANCE IMAGING OF THE LUMBOSACRAL SPINE**
Clinical History: Low back pain.

Imaging Acquisitions: Sagittal and axial T1 and FSE T2 weighted images.

There is evidence of disk dehydration and mild disk space narrowing of L3-L4. L4-L5 shows moderate disk space narrowing. There is paradiskal increased signal due to edema and/or granulation tissue, especially along the inferior endplate anteriorly at L4. This does not appear to represent an acute compression fracture nor a neoplastic process. Severe disk space narrowing is visualized at L5-S1. At the level of L3-L4 a mild to moderate annular disk bulge is visualized. It appears to be associated with minimal pressure upon the thecal sac, no obvious significant asymmetry. At L4-L5 a mild disk bulge is noted without significant asymmetry noted. The foramina appear normal. No paraspinal masses are seen.

IMPRESSION: (1) L3-L4 mild to moderate disk bulge, minimal pressure.
(2) L4-L5 active disk degeneration with a mild annular disk bulge.
(3) Severe degenerative disk disease, L5-S1.

H. Trief, M.D.
Radiologist
HT/ccw
DT: 11/18/2001

MRI • X-RAY • ULTRASOUND • SPIRAL CT

Robert C. Osborne, M.D.<br>
800 North Swan Road<br>
Suite 114<br>
Tucson, AZ 85711

I, Robert C. Osborne, M.D. have practiced medicine for over thirty years. I am an Anesthesiologist, and a pain care specialist. Kristy Holt has been under my care since March 2003. She has been diagnosed with, severe DDD (degenerative disk disease), lumbar facet arthropathy, and chronic pain syndrome.

It is in my professional opinion that Ms. Holt is not physically capable of working more than 3-4 hours per day, in a non-strenuous environment. This condition will only get worse, but with proper understanding of limitations the severity may be prolonged.

We have discussed her future plans, where I have helped to encourage her to return to school. This will ensure to help her financially without having to work full time. She is currently attending school five days a week for three hours a day. This falls within the limits which I stated previous. Therefore she cannot work 3-4 hours a day, and attend school for 3 hours a day.

_____
Robert C. Osborne, M.D.

**KRISTY HOLT**
9-29-03
576413028

Robert C. Osborne, M.D.
800 North Swan Road
Suite 114
Tucson, AZ 85711

Diagnosis: 1) DDD lumbosacral spine.

2) Lumbar facet arthropathy.

3) Chronic pain syndrome.

Vitals: 5'5", 176 lbs, 98%, 86, 110/70, 14, 95.3.

Mrs. Holt returns to this clinic somewhat upset as she has lost her job recently.

The mass in her thyroid apparently is not cancerous although there are 2 cysts.

There is another nodule (adenoma) that has not yet been totally reviewed.

I will refill her meds.

I will follow up with her in a month.

*[signature]*

Robert C. Osborne, M.D.

**CHRISTY HOLT**
8-28-03
576413028

Robert C. Osborne, M.D.
800 North Swan Road
Suite 114
Tucson, AZ 85711

Diagnosis:     1) DDD lumbosacral spine.

2) Lumbar facet arthropathy.

Vitals: 5'5", 177 lbs, 99%, 86, 110/70, 14, 96.5.

Mrs. Holt returns to this clinic stabilized on her meds.

I have rewritten her prescriptions to accommodate her vacation plans.

She will be returning on the 17th of September.

She additionally is going to have a biopsy of her thyroid.

*[signature]*

Robert C. Osborne, M.D.

**KRISTY HOLT**
7-23-03
576413028

Robert C. Osborne, M.D.
800 North Swan Road
Suite 114
Tucson, AZ 85711

Diagnosis:   1) DDD lumbosacral spine.

2) Lumbar facet arthropathy.

Mrs. Holt returns to this clinic stabilized on her meds.

These have been refilled.

Hopefully in the future we will be able to get her an MRI.

_[signature]_
Robert C. Osborne, M.D.

**CHRISTY HOLT**
6-5-03
576413028

Robert C. Osborne, M.D.
800 North Swan Road
Suite 114
Tucson, AZ 85711

Diagnosis:  1) DDD lumbosacral spine.

2) Lumbar facet arthropathy.

Vitals: 5'5", 178 lbs, 98%, 101, 105/70, 14, 96.9.

Mrs. Holt returns to this clinic stabilized on her medicines.

I am still awaiting her AHCCSS so we can proceed with some type of diagnostic studies and tests.

I will follow up with her in the future.

Robert C. Osborne M.D.

**CHRISTIE HOLT**
5-13-03
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

Robert C. Osborne, M.D.
800 North Swan Road
Suite 114
Tucson, AZ 85711

Diagnosis:  1) DDD lumbosacral spine

2) Lumbar facet arthropathy

Vital signs: 5'5", 178 lbs, 93%, 122, 110/60, 14, and 95.6.

Ms. Holt returns to this clinic stabilized on her medicines.

She will be obtaining her AHCCCS sometime in the future. I still desire to get a MRI.

I have refilled her medications.

I will follow up with her in a month.

_____
Robert C. Osborne M.D.

**CHRISTIE HOLT**
4-22-03
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

Robert C. Osborne, M.D.
800 North Swan Road
Suite 114
Tucson, AZ 85711

Diagnosis:  1) DDD lumbosacral spine

2) Lumbar facet arthropathy

Vital signs: 5'5", 181 lbs, 98%, 128, 110/60, 14, and 95.5.

Ms. Holt returns to this clinic stabilized on her medicines.

She is hopefully able to get her ACCCHS to order a MRI.

Today, I believe I have ordered a lumbosacral spine X-ray.

I will follow up with her in a month.

_[signature]_
Robert C. Osborne M.D.

**CHRISTY HOLT**
3-26-03
576413028

Robert C. Osborne, M.D.
800 North Swan Road
Suite 114
Tucson, AZ 85711

Diagnosis:   1) Degenerative disease of the lumbosacral spine.

2) Lumbar facet arthropathy.

Vital signs: 5'5", 180 lbs, 100%, 118, 130/70, 14, 97.3.

Mrs. Holt has not yet been able to obtain either her x-rays or her MRI's. She will be obtaining her insurance (Ahccccs) status within the next month to 2.

I will follow up with her and be supportive until that time.

*[signature]*
Robert C. Osborne M.D.

**CHRISTY HOLT**
3-3-03
576413028

Robert C. Osborne, M.D.
800 North Swan Road
Suite 114
Tucson, AZ 85711

Vital signs: 5'8", 180 lbs, 100%, 118, 130/70, 14, 97.3.

Mrs. Holt is a 30 yr. old white female that comes to this clinic because of chronic intractable back pain.

History of present illness: Mrs. Holt was very active in sports with much exercise and many traumatic injuries.

She additionally did weight lifting.

Currently she has pain 3-4 days with any type of movement.

She has been a manager of McDonalds and has a tough time completing her jobs.

Childbirth markedly aggravated her overall symptoms.

She has had chiropractic adjusting but with twisting there has been a marked increase to her pain.

She describes her pain as in her low back with minimal radiation to her legs.

She denies allergies.

Current medicines include Ibuprofen.

Past history and childhood history is negative. Family history is negative.

She had high blood pressure during pregnancy.

She has taken Depraprovera as her method of birth control. She denies serious injuries or operations.

Review of systems is negative.

Mrs. Holts is in a very frustrating position. She currently works at the Olive Garden and is having difficulty completing her tasks.

In any event, we will proceed with giving her some analgesics and when she gets some insurance we will attempt to get both an MRI and lumbosacral spine X-rays.

I will follow up with her in a month.

Exhibit B

11/18/03

Dear Mr. Weinstein:

Here are my medical records. I pray that they will help. There is only one record for my thyroid. I had another scan (radioactive iodine scan) done, but I had to request the copy from the medical center and it could take 7-10 days. I also had a biopsy done but the results were inconclusive so I have to have another one done, which will be in a few weeks.

I would like to say thank you and tell you how much I appreciate how much you have done. If you could please tell the judge for me that this is about the children, we could lose everything and be out on the streets, thats no kind of life for them. I am trying the best that I can but I'm having a hard time. Our 4 year old is taking this all really hard, he has been acting out alot, wetting the bed, and having nightmares, and he cries alot for his daddy. Also Trevor has never done anything to hurt me or the kids, he is a good man and a good father. He puts our lives before his own, he is definitely not a threat to society!

If you have any questions or need more information please give me a call.

Cell # (520) 990-0268
hm # (520) 888-4099

Thanks,
Kristy Holt

PATIENT NAME: HOLT,KRISTY L
UNIT NO: D000363846

Exhibit C

EXAMS:
000918718 THYROID

CPT CODE:
76536

THYROID ULTRASOUND, JUNE 6, 2003

CLINICAL DATA: Thyroid nodules.

IMPRESSION
1. Noncystic mass in the left lobe measuring 2.2 cm in diameter.
2. Predominately cystic but complex mass in the isthmus measuring 2.2 cm in diameter.
3. Small cystic mass on the right lobe.

FINDINGS: Ultrasound examination of the thyroid demonstrates the gland to be slightly enlarged with the right lobe measuring 4.0 x 2.3 x 1.9 cm and the left measuring 5.2 x 2.6 x 1.7 cm. The isthmus measures 7 mm in thickness.

There are bilateral masses. In the left lobe, there is a noncystic mass measuring a maximum diameter of 2.2 cm. This appearance suggests this is likely a solid mass and, therefore, careful follow-up is suggested.

In the mid right lobe, there is a 0.7-cm cystic-appearing mass, which is probably not clinically significant. In the inferior aspect of the isthmus, there is a predominately cystic mass measuring 2.2 cm in maximum diameter. Although this has a cystic appearance, there is some nodularity and thickening of the wall. Therefore, this does not fulfill the criteria for a simple cyst and careful follow-up is recommended of this area as well.

** Electronically Signed by Robert Gatenby MD on 06/09/2003 at 1050 **
Reported by: Robert Gatenby MD
Signed by:   Robert Gatenby, MD

CC: Steven B Wallach

TECHNOLOGIST: LISA J SALZBERG, US TECH
TRANSCRIBED DATE/TIME: 06/07/2003 (1628)
TRANSCRIPTIONIST: D.TRAN.DLA
ELECTRONIC SIGNATURE DATE/TIME: 06/09/2003 (1050)
PRINTED DATE/TIME: 06/09/2003 (1213)   BATCH NO: N/A

PAGE 1            Signed Report

NORTHWEST MEDICAL CENTER

6200 N LaCholla Blvd TUCSON AZ

PHONE #: 520-742-9000

NAME: HOLT,KRISTY L
ATTENDING DR: WALST - Wallach,Steven
DOB: 11/22/1972 AGE: 30     SEX: F
ACCT NO: D10007194172 LOC: D.RAD
EXAM DATE: 06/06/2003 STATUS: REG CLI
RADIOLOGY NO:



Page 2, document continues ...