UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10362-PBS

UNITED STATES OF AMERICA

v.

TREVOR TEAGUE

# MEMORANDUM OF DECISION AND ORDER ON DEFENDANT'S MOTION TO RECONSIDER ORDER OF DETENTION

December 9, 2003

DEIN, M.J.

This matter is before the court on Defendant's Motion to Reconsider Order of Detention (Docket # 18). Therein, the defendant contends that his wife's medical condition and status as a student warrant his return to his family in Tucson, Arizona, under supervision of Pretrial Services there, and that he should be permitted to work in Arizona, with his travel restricted to the District of Arizona except for court appearances in Massachusetts. In addition, the defendant suggests that his wife may be able to borrow $10,000 to post as collateral for an appearance bond. After careful review of the record in this case, as well as the supplemental material filed with the instant motion, the Motion to Reconsider is DENIED.

Accepting, arguendo, that this "new" information was not available to the defendant at his detention hearing, as the defendant now contends, it still does not affect this court's

fundamental conclusion that "the government has met its burden of proof, by clear and convincing evidence, that there are no conditions or combination of conditions of release which will reasonably assure the safety of other persons and the community." Detention Order at 10.  Apparently, despite the fact that Ms. Holt[1] "suffers from a degenerative disk disease" and the defendant is "the sole support for Ms. Holt and their two children," Motion at ¶ 1, the defendant elected to go on a cross-country trip to deliver a large load of marijuana, stopping along the way long enough for Teague and his co-defendant Fabian Ruiz to take care of drug charges pending against them in Arkansas.  If anything, the new information provided to the court further supports the court's initial conclusion that the defendant is unlikely to comply with conditions of release which might be imposed by the court.

      For the reasons detailed herein and in this court's original Memorandum and Order on Government's Motion for Detention, the defendant's Motion to Reconsider Order of Detention is DENIED.

                                    / s / Judith Gail Dein
                                    Judith Gail Dein
                                    United States Magistrate Judge

---

[1] It is unclear whether the defendant is married to Ms. Holt.  According to the Pre-Trial Services report, the couple is not married.  However, in his motion the defendant refers to Ms. Holt as his wife.