03-10362-
PBS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -5 A 11: 02

U.S. DISTRICT COURT
DISTRICT OF MASS

| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 03-CR-10362-PBS |
| TREVOR TEAGUE | ) |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO RECONSIDER ORDER OF DETENTION

### BACKGROUND

The government opposes Defendant's Motion for the reasons set for by the government during the detention hearing on November 6, 2003. Moreover, defendant Teague now proffers that there was information concerning his wife, Kristy Holt, and her poor health that not available at the time of the detention hearing. Defendant's proffer is untenable when all the medical records that defendant has provided in support of his motion were from medical visits occurring significantly prior to November 6, 2003, except for the last medical visit. The medical records for Ms. Holt were from the following medical visits: March 3, 2003, March 26, 2003, April 22, 2003, May 13, 2003, June 5, 2003, July 23, 2003, August 28, 2003, September 29, 2003, and most recently November 14, 2003, in which Dr. Osborne states that Ms. Holt is able to work 3-4 hours per day. Defendant did not appear concerned about his wife's health at all during the detention hearing on November 6, 2003 when he made no mention of her

1

condition then, although she had already had 7 appointments with Dr. Osbourne at that time. He conveniently thrusts her condition at the forefront of his detention issue now after the Court has already ruled to detain him pending trial.

Moreover, if Ms. Holt was as ill as defendant now claims in filing these medical records dating back to March 3, 2003, he clearly had no concern for Ms. Holt's health and his family when he traveled cross country to Massachusetts just this October 24, 2003 to receive marijuana at issue in this case. Lastly, the defendant's proffer does not alter the reasons for detention set forth in the Court's November 7, 2003 order detaining the defendant.

## CONCLUSION

Based on the foregoing, the government requests that the Defendant's Motion to Reconsider Order of Detention be denied.

Respectfully submitted,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
CYNTHIA W. LIE
Assistant U.S. Attorney
United States Courthouse
One Courthouse Way
Boston, MA
(617) 748-3183

Dated: December 5, 2003

I hereby certify that a true copy of the above document was served upon Elliot Weinstein via first class mail and fax on December 5, 2003.

_____
CYNTHIA W. LIE

2