UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10362-PBS

UNITED STATES OF AMERICA

v.

CHRISTOPHER SUGAR,
SEAN D. STARK,
TREVOR ROYCE TEAGUE
ANIBAL TORRES and
FABIAN A. RUIZ

**FURTHER ORDER ON EXCLUDABLE TIME**

January 22, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 22, 2004 through April 2, 2004

that being the period between the Initial Status Conference and the Interim Status Conference.

Based upon the prior orders of the court dated December 12, 2003, December 19, 2003, December 22, 2003 and this order, as of April 2, 2004 there will be two days of non-excludable time under the Speedy Trial Act (January 20 - 21, 2004) and sixty-eight (68) days will remain under the Speedy Trial Act in which this case must be tried.

      / s / Judith Gail Dein
JUDITH GAIL DEIN

-2-

        United States Magistrate Judge