UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CR. NO. 03-M-1150-JGD

03-10362-PBS

TREVOR TEAGUE

## DEFENDANTS' MOTION TO PRESERVE EVIDENCE

Defendant Trevor Teague, by his attorney, and on behalf of defendants Christopher Sugar, Sean Stark, Fabian Ruiz and Annibal Torres moves that this Court order the government to preserve the marijuana (the 'evidence') seized by DEA agents on October 24, 2003.

Defendants have been informed by government counsel that the evidence is now located at the DEA laboratory in New York; further that the DEA intends to destroy all but a small "representative" sample of the evidence.

Defendants require a reasonable time frame within which they may examine the evidence and conduct any testing they deem appropriate with respect to said evidence including without limitation chemical analysis and weighing of the evidence. In setting a reasonable time frame for this purpose, it is significant that defendants Teague, Sugar, Stark and Torres are indigent and represented by appointed counsel and thus require prior approval from the Court to obtain funds for travel to examine the evidence or engage experts to test and/or evaluate the evidence. Defendants submit that they examine the evidence and conduct appropriate testing not later than May 1, 2004.

TREVOR TEAGUE
By his attorney,

_____
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334


_____
Mark Shea
Attorney for Christopher Sugar

_____
Melvin Norris
Attorney for Sean Stark

_____
Syrie Fried
Attorney for Anibal Torres

_____
Valerie Carter
Attorney for Fabian Ruiz


CERTIFICATE OF SERVICE

I certify that I have served a copy of the above on AUSA Cynthia Lie.

_____ 1/21/04
Elliot M. Weinstein