UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10362-PBS

UNITED STATES OF AMERICA

v.

TREVOR TEAGUE

## ORDER

February 4, 2004

DEIN, M.J.

    Defendant's Motion to Preserve Evidence (Docket # 49) is ALLOWED. The government is to preserve the marijuana seized by the DEA agents on October 24, 2003 until May 1, 2004 or until further order of this court, whichever is sooner.

                              / s / Judith Gail Dein
                              Judith Gail Dein
                              United States Magistrate Judge