UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FABIAN RUIZ )<br>_____) | 03-CR-10362-PBS<br>Criminal No.: 03-~~M-1160-JGD~~ |

### JOINT MOTION TO EXTEND ORDER TO PRESERVE EVIDENCE

Counsel for Treavor Teague, Fabian Ruiz, Christopher Sugar, Anibal Torres and Sean Stark request this Court to extend its Order dated February 4, 2004 (No. 50 on the Docket) to preserve evidence for an additional thirty (30) days. As grounds therefor, the defendants' counsel have had a difficult time engaging the appropriate expert to examine the evidence which is located in New York.

The Government assents to this Motion.

*[handwritten margin note: 4/26/04 Allowed, see separate order of this date. Judith Gail Dein, USMJ]*

Fabian Ruiz,
By his attorney,

_____
Valerie S. Carter
CARTER & DOYLE LLP
530 Atlantic Avenue
Boston, MA  02210
617-348-0525
vcarter@carterdoyle.com

_____  _____
Mark Shea (by VSC w/ permission)  Syrie Fried (by VSC w/ permission)
Attorney for Christopher Sugar  Attorney for Anibal Torres
Shea, Larocque & Wood LLP  Federal Defender's Office
47 Third Street  408 Atlantic Avenue
Cambridge, MA  02141  Boston, MA  02110
Mwshea@slrw.net

1

*Melvin Norris (by USC w/ permission)*

---
Melvin Norris
Attorney for Sean Stark
260 Boston Post Road
Wayland, MA  01778
Attorney.norris@verizon.net

*Elliot M. Weinstein (by USC w/ permission)*

---
Elliot M. Weinstein
Attorney for Trevor Teague
228 Lewis Wharf
Boston, MA  02110
defense228@aol.com

ASSENTED TO:

*Cynthia Lie (by USC w/ permission)*

---
U.S. Attorney
By: Cynthia Lie, Esq.
One Courthouse Way
Boston, MA  02210
Cynthia.lie@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2004 a true copy of the above document was served upon the attorney of record for each other party via facsimile.

*Valerie S. Carter*

---
Valerie S. Carter, Esq.