UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10362-PBS

UNITED STATES OF AMERICA

v.

TREVOR TEAGUE

**ORDER**

May 20, 2004

DEIN, M.J.

The Joint Motion to Extend Order to Preserve Evidence is ALLOWED. The government is to preserve the marijuana seized by the DEA agents on October 24, 2003 until July 9, 2004, or until further order of this court, whichever is sooner.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge