UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  03-10362-PBS |
| v. | |
| TREVOR TEAGUE and<br>FABIAN RUIZ | |

**NOTICE OF INITIAL PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                                                   May 28, 2004

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **June 28, 2004**, at **4:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                            By the Court,

                                                                            /s/ Robert C. Alba
                                                                            Deputy Clerk

Copies to:  All Counsel