UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>FABIAN RUIZ    )<br>)  | Criminal No.: 03-M-1150-JGD |

## JOINT MOTION TO EXTEND ORDER TO PRESERVE EVIDENCE

Counsel for Treavor Teague, Fabian Ruiz, Christopher Sugar, Anibal Torres and Sean Stark request this Court to extend its Order dated <u>February 4, 2004</u> (No. 50 on the Docket) to preserve evidence, as amended, until August 20, 2004. As grounds therefor, the defendants' counsel have inspected the evidence once and, based on that inspection, require a further examination with their respective expert witnesses.

The Government assents to this Motion.

Fabian Ruiz,
By his attorney,

Valerie S. Carter
CARTER & DOYLE LLP
530 Atlantic Avenue
Boston, MA  02210
617-348-0525
vcarter@carterdoyle.com

1

Trevor Teague,
By his attorney,

*/s/ Elliot M. Weinstein* (w/ permission by VSC)
Elliot M. Weinstein
228 Lewis Wharf
Boston, MA 02110
defense228@aol.com

ASSENTED TO:

*/s/ Cynthia Lie* (w/ permission by VSC)
U.S. Attorney
By: Cynthia Lie, Esq.
One Courthouse Way
Boston, MA 02210
Cynthia.lie@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2004 a true copy of the above document was served upon the attorney of record for each other party via facsimile.

*/s/ Valerie S. Carter*
Valerie S. Carter, Esq.

2