UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    CR. NO. 03-10362-PBS

TREVOR TEAGUE

## MOTION FOR ORDER FOR DISCLOSURE OF JENCKS AND OTHER WITNESS STATEMENTS

Defendant Trevor Teague, by his attorney, moves that this Court set a date for disclosure of Jencks and other witness statements.

At the intial pretrial conference before the Court on June 29, 2004, the parties proposed different dates for disclosure of witness statements with the expectation that the Court, when issuing its pre-trial order, would resolve the date for disclosure.

The pretrial order does not resolve this dispute and thus the defendant requests that the Court order disclosure of witness statements by the defendant's proposed date of September 7, 2004.

TREVOR TEAGUE
By his attorney,

Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

CERTIFICATE OF SERVICE

I certify that I have served a copy of the above on AUSA Cynthia M. Lie.

8/20/04

Elliot M. Weinstein