UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
                         )
v.                       )     Criminal No.  03-CR-10362 (PBS)
                         )
                         )
TREVOR TEAGUE             )

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR JENKS MATERIAL**

The government opposes defendant's Motion seeking the production of Jenks material almost six (6) weeks before trial, which is currently scheduled for October 18, 2004. The government has already agreed to produce Jenks materials currently in its possession twenty-one (21) days before trial for defendant's convenience. As the First Circuit made clear in United States v. Grandmont, 680 F.2d 867, 874 (1st Cir. 1982), under the plain language of the Jenks Act, "[a] court may not compel the disclosure of statements of Government witnesses before the conclusion of their direct testimony." See also Degen v. United States, 517 U.S. 820, 825 (1996) ("A criminal defendant is entitled to rather limited discovery, with no general right to obtain the statements of the Government's witnesses before they have testified.  Fed. Rules Crim. Proc. 16(a)(2), 26.2"); and United States v. Neal, 36 F.3d 1190, 1197 (1st Cir. 1994) (same citing to Jenks Act).

Furthermore, the defendant has set forth absolutely no

reason whatsoever for an earlier disclosure date of Jenks material or witness statements. Thus, the government respectfully requests that the defendant's motion be denied.

                            Respectfully submitted,
                            MICHAEL J. SULLIVAN
                            UNITED STATES ATTORNEY

By:   _____
       CYNTHIA W. LIE
       Assistant U.S. Attorney
       United States Courthouse
       One Courthouse Way
       Boston, MA
       (617) 748-3183

Dated: September 3, 2004

    I hereby certify that a true copy of the above document was served upon Eliot Weinstein via first class mail on September 3, 2004.

                _____
                CYNTHIA W. LIE