UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                              CR. NO. 03-10362-PBS

TREVOR TEAGUE

## MOTION FOR JOINT DEFENSE MEETING

Defendant Trevor Teague, by his attorney, moves that this Court order the U.S. Marshal and the Sheriff of Plymouth County to permit Trevor Teague and his co-defendant Fabian Ruiz to meet together with their respective attorneys in the attorney visiting room at Plymouth County Correctional Facility (PCCF) on September 30, 2004 and thereafter.

Defendants Teague and Ruiz are each detained at PCCF and per order of the U.S. Marshal are not permitted to have contact with each other at PCCF.  Defendants Teague and Ruiz are preparing for a joint trial scheduled to begin on October 18, 2004.  Undersigned counsel and Attorney Valerie Carter, counsel for Ruiz, intend to meet with our clients to properly prepare for trial and further have scheduled to meet on September 30, 2004.  To avoid interference with the attorney client relationship and our efforts to properly prepare for trial, defendants ask that the Court allow this motion.

WHEREFORE, defendants request that the Court order that Defendants Trevor Teague and Fabian Ruiz be permitted to meet jointly with their attorneys in the attorney visiting room at PCCF on September 30, 2004 and thereafter.

TREVOR TEAGUE
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

CERTIFICATE OF SERVICE

I certify that I have served a copy of the above on AUSA Cynthia Lie.

_____
Elliot M. Weinstein