UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                      CR. NO. 03-10362-PBS

TREVOR TEAGUE

### MOTION FOR QUESTIONS TO BE ASKED OF PROSPECTIVE JURORS

Defendant Trevor Teague, by his attorney, moves that this Court ask the jury venire, <u>inter alia</u>, the following questions:

1.    Have you, a member of your family, or a close personal friend ever been charged with unlawful possession or distribution of drugs?

If yes:  Describe the incident.

2.    Have you, or any member of your family, or a close personal friend ever been involved in an incident in which another person was charged with unlawful possession or distribution of drugs.

If yes: Describe the incident.

3.    Have you, or any member of your family, or any close friend, ever worked for, volunteered for, or financially contributed to, or been a member of any group that advocates for victims of substance abuse?

If yes: Describe the facts.

4.    Do you have any strong personal feelings or beliefs regarding the use or abuse of drugs that would make it difficult or uncomfortable for you to be fair and impartial in a case which involves the charge of conspiracy, possession or distributing drugs?

5.    Do you have any religious affiliation that advocates a position on the use or

1

abuse of drugs that would interfere with giving a fair and impartial hearing to a case which involves a charge of conspiracy, possessing or distributing drugs?

  6.. Is any member of your family, or a close personal friend, employed or serving as a police officer or other law enforcement officer of a town, city, state, or federal governmental agency?

  7. Are you now, or were you ever, a member of a law enforcement agency, public or private, in civilian or in military life, whether paid or voluntary?

  8. Would you tend to believe a police officer more than any other witness if their testimony differed on a material fact?

  9. Do you believe a police officer is more likely to tell the truth than a person who is not a police officer?

  10. When you learn that the police have arrested a person for a crime what do you say to yourself concerning the likelihood that the person in fact is guilty of the crime?

  11. Do you believe a person would not be arrested unless he had done something wrong?

  12. Do you believe that it is possible that the police could mistakenly arrest the wrong person, even though they honestly believe that he had committed the crime?

  13. Do you believe that a criminal defendant should testify at his trial in order to help establish his innocence?

  16. Does the fact that Mr. Teague is sitting here today facing serious charges make you think that he must have done something wrong?

                TREVOR TEAGUE
                By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334
