UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                      CR. NO. 03-10362-PBS

TREVOR TEAGUE

MOTION FOR BIFURCATED TRIAL

Defendant Trevor Teague, by his attorney, moves that this Court order separate trials on the issues of guilt and sentencing.

Defendant is charged in the Superseding Indictment with Conspiracy to Distribute Marijuana and to Possess with Intent to Distribute Marijuana (count one) and Possession with Intent to Distribute Marijuana (count two). The Superseding Indictment also provides "Notice of Additional Factors" that "The defendant Trevor Royce Teague is accountable for at least 100 kilograms, but not more than 400 kilograms, of marihuana. Accordingly, USSG §2D1.1(c)(7) applies to this defendant."

The defendant's motion to strike surplusage - the Notice of Additional Factors - is pending before this Court.

In its January 12, 2005 opinion in *United States v. Booker and Fanfan*, the Supreme Court ruled that the Federal Sentencing Guidelines are unconstitutional as a mandatory sentencing scheme but remain advisory factors to be considered in imposing sentence.

The government seemingly obtained the superseding indictment as a preemptive device pending *Booker/Fanfan*.

If the government presses the viability of the superseding indictment and its Notice of Additional Factors, and this Court denies his pending Motion To Strike Surplusage, the

defendant requests that this Court first conduct a jury trial on the question of his guilt or innocence on counts one and three as alleged. If the defendant is convicted of either count one or three, then and only then should the jury be asked to reach a determination beyond a reasonable doubt regarding the Notice of Additional Factors.

TREVOR TEAGUE
By his attorney,


/s/Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334