UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )    CRIMINAL No.
            v.                  )
                                )
                                )    03-CR-10362 (PBS)
TREVOR ROYCE TEAGUE,            )
and                             )
FABIAN A. RUIZ,                 )
                                )
            Defendants.         )


**UNITED STATES' REQUESTED QUESTIONS FOR THE JURY VENIRE**

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorneys Cynthia W. Lie and Jennifer Zacks, hereby files this United States Requested Questions for the Jury Venire.  The United States hereby requests that, in addition to those questions commonly put to the venire in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

1.    The United States of America is one of the litigants in this trial.  You will hear the United States referred to throughout the trial as "the government."  Have you, or any member of your immediate family, or anyone with whom you are close:

(a) ever been arrested, or ever answered charges (other than for an alleged moving traffic violation) in a

criminal proceeding?

(b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?

(c) ever engaged in litigation with the federal government, that is, ever filed a claim or lawsuit against the United States or any of its agencies, or answered some claim made against you by the federal government?

(d) been employed by the United States Attorney's Office, the United States Probation Office, the United States Pre-Trial Services Office, the United States District Court Clerk's Office, the United States Marshal's Service, the Drug Enforcement Administration, known as the "DEA", the Massachusetts State Police, St. Louis Police Department, or the Phelp's County Sheriff's Office in Rolla, Missouri?

2.    Are you aware of any prejudice which you may have against the government which would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

3.    Some of the witnesses expected to be called by the United States at trial are Special Agents or employees of the United States Drug Enforcement Administration, St. Louis Police Department, Phelp's County Sheriff's Office and Massachusetts State Police.  These law enforcement officers will be called to testify as "fact" witnesses and as "expert" witnesses.  As experts, they will be called to give their expert opinion as to certain matters in this case calling for specialized knowledge and skill, such as narcotics investigations.

Are you aware of any prejudice that you might have for or

against a witness or other individual in this case where that witness or individual is shown to be a law enforcement officer?

4.    You will hear evidence about a "cooperating witness," who is a co-defendant who will be testifying pursuant to an agreement with the government.  Are you aware of any prejudice which you may have against a "cooperating witness" which would in any way impair your ability to evaluate and judge fairly and impartially the testimony offered by such a cooperating witness?

5.    Have you, or anyone in your family or close circle of friends, ever been treated for an addiction to any narcotic substance?

Dated: January 17, 2005

                              Respectfully submitted,


                              MICHAEL J. SULLIVAN
                              United States Attorney

                              By:  /s/ Cynthia W. Lie

                              CYNTHIA W. LIE
                              JENNIFER ZACKS
                              Assistant U.S. Attorneys