UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                          CR. NO. 03-10362-WGY

TREVOR TEAGUE

## MOTION FOR JUDGMENT OF ACQUITTAL

Defendant Trevor Teague, by his attorney, moves that this Court enter a judment of acquittal as to the above indictment.

TREVOR TEAGUE
By his attorney,

Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334