AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

U.S.

v.

Trevor Teague
Fabian Ruiz

### EXHIBIT AND WITNESS LIST

CASE NUMBER: 03-10362-WGY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Lee | Carter Weinstein |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/24/05 | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/31/05 | | | Robert Hanson |
| | | | | 2 | RL Photo |
| | | | | 3 | Closet photo |
| | | | | | David O'Neill |
| | | | | | Anibel Torres |
| | | | | 9 | Plea agreement - Torres |
| | | | | | Jury quest #1 |
| | | 2/1/05 | | | Anibel Torres |
| | | | | | Jury quest #2 |
| | | | | | Peter McCarew |
| | | | | 11 | Photo of dashboard section of RL |
| | | | | | Florence Wong |
| | | | | 1A | Envelope and Marijuana & paraphenalia |
| | | | | 1L | " |
| | | | | | David O'Neill |
| | | | | 7 | 2 cell phones |
| | | 2/2/05 | | | David O'Neill |
| | | | | 7 | 2 Cell Phones |
| | | | | 1 | 2 Y bundles |
| | | | | 5 | Large photo - 2 bundles Fana K |
| | | | | 4 | 9r photo of 2 1 bundles |
| | | | | 8 | Cell records |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | U.S. vs. _Trevor Teague Jabari Reid_  CASE NO. _03 CR 10362_ |
| | | 2/2/5 | | G | _its water record Traction_ |
| | | | | 6a | _record of script_ |
| | | | | | Kevin Frye |
| | | | | | Stephen Kim |
| | | | | 7C | _photo of door w/ bundle_ |
| | | | | | Jeffrey Kugar |
| | | | | | Christopher Sugar |