UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                              CR. NO. 03-10362-WGY

TREVOR TEAGUE


MOTION FOR JUDGMENT OF ACQUITTAL

Defendant Trevor Teague, by his attorney, moves pursuant to Rule 29(c) that this Court enter a judgment of acquittal as to the above indictment.

Defendant submits that the jury verdict of guilty was against the weight of the evidence.

Defendant further submits that the jury verdict of a drug quantity in excess of 100 kg of marijuana was against the weight of the evidence. The government's only competent evidence regarding exhibit one (the 27 packages seized from the RV) was from DEA Chemist Florence Wong. Ms. Wong testified that she tested 11 samples (extracted from 11 of the 27 packages) submitted to the DEA laboratory, employing first a presumptive followed by a conclusory or confirmatory test. She further testified that she would not offer an opinion to a degree of scientific certainty without using a conclusory test. Ms. Wong never analyzed 16 of the 27 packages within trial exhibit 1. Accordingly, there was no competent evidence upon which the jury could have returned a verdict that exhibit 1 was comprised of more than 100 kg of marijuana.

WHEREFORE, defendant requests that this Court allow his motion for judgment of acquittal.

TREVOR TEAGUE
By his attorney,


/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334