1       **THE COURT:** Mr. Trevor Teague, in consideration of
2   the offense, the offenses of which you stand convicted, the
3   information from the United States Attorney, your attorney,
4   the probation officer and yourself, and in consideration of
5   the factors mandated by congress under 18 United States
6   Code, Section 3553, this Court sentences you to eight years
7   in the custody of the United States Attorney General on each
8   of the counts of conviction, the sentence on each count to
9   run concurrent one with the another.
10          The Court imposes upon you no fine due to your
11  inability to pay a fine.  The Court imposes four years of
12  supervised release and a $200 special assessment.  The
13  special conditions of your supervised release are that you
14  submit to the collection of a DNA sample.  You are
15  prohibited from possessing a firearm or other dangerous
16  weapon.  You are to participate in a program for substance
17  abuse as directed by the United States Probation Office not
18  to exceed 104 drug tests per year, and you are required to
19  contribute to the costs of such program, such treatment.
20          You're not to consume any alcoholic beverages and
21  you are prohibited from engaging in any occupation, business
22  or profession that requires or enables you to have direct or
23  indirect supervision of children under the age of eighteen
24  without the prior permission of the probation officer.
25          Let me, let me explain the sentence to you here.

```
 1   You weren't any sort of bit player, though others played a
 2   bigger role.  This is no sort of, well, small deal because
 3   it's marijuana.  This is big-time drug trafficking.
 4             Now, you have a real, you have a real record here.
 5   Though in passing the sentence I've looked at the careful
 6   presentence report, which I'm entitled to, prepared by the
 7   probation officer, which does lead me into what actually is
 8   behind those prior convictions.
 9             You've got to understand that were it not for
10   everybody -- and I take responsibility for the sentences the
11   Court imposes.  Nobody else.  But you've had a superb lawyer
12   here and you've got a very sensible and practical and
13   reasonable prosecutor.  You've got a probation officer who
14   cares about you as a human being.  If we did not, or if they
15   did not, I trust that I would still have the intelligence
16   and courage to impose this sentence on you.  But if you were
17   just a number and all we did was look at numbers, you would
18   be gone for 262 months.  And I'll tell you, you wouldn't
19   have much chance before any other court.
20             The eight years is a long sentence.  It's eight
21   years because I think the effect of this career offender
22   business is an undue or excessive enhancement of the actual
23   culpability of your criminal history.  That's the reason
24   that the sentence is what it is.  It's a real sentence.
25             You're entitled to credit towards the service of
```

```
 1   that sentence from the 24th of October 2003.  You are
 2   informed you have the right to appeal from any findings or
 3   rulings that this Court has against you.
 4          Should you appeal and should on appeal the judgment
 5   of this Court be reversed in whole or in part you will be
 6   resentenced before another judge.
 7          That's the sentence of the Court.  He's remanded to
 8   the custody of the marshals.
 9          The remaining matters are civil and we'll do them
10   in the lobby.
11          (Whereupon the Court and the Clerk conferred.)
12          **THE COURT:**  Mr. Weinstein, do you have a
13   recommendation as to location?  Ms. Smith's right on top of
14   it.  I -- you can tell --
15          **MR. WEINSTEIN:**  May I report to the Court on that?
16          **THE COURT:**  You may.  Would you do it --
17          **MR. WEINSTEIN:**  Tomorrow.
18          **THE COURT:**  Tomorrow will be fine because I need to
19   enter the judgment.
20          Thank you.  That's the sentence of the Court.
21          **MS. LIE:**  Thank you, your Honor.
22          **THE CLERK:**  All rise.
23          (Whereupon the matter concluded.)
24
25
```