UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                        CR. NO. 03-10362-WGY

TREVOR TEAGUE

### NOTICE OF APPEAL

Defendant Trevor Teague, by his attorney, hereby files notice of appeal from his conviction and sentence in the above numbered indictment.

                                                                         TREVOR TEAGUE
                                                                         By his attorney,


                                                                         /s/ Elliot M. Weinstein
                                                                         Elliot M. Weinstein
                                                                         BBO #520400
                                                                         228 Lewis Wharf
                                                                         Boston, MA 02110
                                                                         617-367-9334

May 16, 2005