UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                      CR. NO. 03-10362-PBS

TREVOR TEAGUE

### DEFENDANT'S MOTION FOR COUNSEL ON APPEAL

Defendant Trevor Teague, by his attorney, moves that this Court permit Attorney Elliot M. Weinstein to withdraw as counsel of record and further that this Court appoint substitute counsel to represent him on the appeal of his conviction and sentence.

Defendant states that he is indigent and was represented by appointed counsel pursuant to the Criminal Justice Act; that he remains indigent and without funds to hire counsel for his appeal.

TREVOR TEAGUE
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

May 16, 2005