## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cr-10362

United States of America

v.

Trevor Teague

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/16/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 19, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/20/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

MAG, APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-10362-PBS-2
## Internal Use Only

Case title: USA v. Sugar et al  
Magistrate judge case number: 1:03-mj-01150-JGD

Date Filed: 12/03/2003

Assigned to: Judge Patti B. Saris  
Referred to: Magistrate Judge Judith G. Dein

**Defendant**
-----------------------

**Sean Stark** (2)   represented by **Melvin Norris**  
Mel Norris  
260 Boston Post Road  
Suite 9  
Wayland, MA 01778  
508-358-3305  
Fax: 508-358-7787  
Email: attorney.norris@verizon.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Pending Counts**                **Disposition**

----------------------          ----------------

21:846 Conspiracy to
Distribute Marijuana and To
Possess with Intent to
Distribute Marijuana
(1)

21:846 - CONSPIRACY TO
DISTRIBUTE MARIJUANA
AND TO POSSESS WITH
INTENT TO DISTRIBUTE
MARIJUANA
(1s)

21:841(a)(1) Possession with
Intent to Distribute
Marijuana; 18:2 Aiding and
Abetting
(2)

21:841(a)(1) Possession with
Intent to Distribute
Marijuana; 18:2 Aiding and
Abetting
(2s)

**Highest Offense Level
(Opening)**

------------------------------------
---

Felony

**Terminated Counts**                    **Disposition**

-------------------------------          ----------------

None

## Highest Offense Level (Terminated)

---

None

| Complaints | Disposition |
|---|---|
| 21:846=MD.F-distribute, possess with intent to distribute marijuana | |

## Plaintiff

---

USA      represented by **Cynthia W. Lie**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3183
Email: cynthia.lie@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 10/25/2003 | 1 | COMPLAINT as to Fabian Ruiz (1), Trevor Teague (2), Anibal Torres (3), Christopher Sugar (4), Sean Stark (5). (Filo, Jennifer)[1:03-mj-01150-JGD] (Entered: 10/29/2003) |
|---|---|---|
| 10/27/2003 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Christopher Sugar, Sean Stark held on 10/27/2003 ; AUSA Pelgro for the Govt.; the Dfts. file financial affidavit and request counsel; the court [1:03will appoint counsel; the Govt. moves for detention; the court orders the Dfts. to Temp. Detention and sets hearing for 10/28/03 @ 2:00pm (Court Reporter D.R..) (Quinn, Thomas)[1:03-mj-01150-JGD] (Entered: 11/04/2003) |
| 10/27/2003 | 6 | CJA 23 Financial Affidavit by Sean Stark (Quinn, Thomas)[1:03-mj-01150-JGD] (Entered: 11/04/2003) |
| 10/27/2003 |  | Attorney update in case as to Sean Stark. Attorney Melvin Norris for Sean Stark added. (Quinn, Thomas)[1:03-mj-01150-JGD] (Entered: 11/04/2003) |
| 10/27/2003 | 13 | Judge Judith G. Dein : ORDER entered CJA 20 as to Sean Stark : Appointment of Attorney Melvin Norris for Sean Stark. received for docketing 11/10/03 (Flaherty, Elaine)[1:03-mj-01150-JGD] (Entered: 11/12/2003) |
| 10/28/2003 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing as to Christopher Sugar, Sean Stark on 10/28/2003; AUSA Pelgro for the Govt. and Atty Mark Shea (CJA) for Dft. Sugar and Atty Mel Norris (CJA) for Dft.[1:03 Sean Stark; the Govt. withdraws motion |

| | | |
|---|---|---|
| | | for detention and proffers conditions of release for the Dfts.; the Dfts. are released on Unsecured Bond with conditions of release; PC hearing is set for November 14, 2003 @ 11:00am. (Court Reporter D.R..[1:03) (Quinn, Thomas)[1:03-mj-01150-JGD] (Entered: 11/04/2003) |
| 10/28/2003 | 7 | non surety Bond Entered as to Sean Stark in amount of $ $25,000., (Flaherty, Elaine) Modified on 11/7/2003 (Flaherty, Elaine). Received for docketing on 11/4/03[1:03-mj-01150-JGD] (Entered: 11/07/2003) |
| 10/28/2003 | 8 | Judge Judith G. Dein : ORDER entered ORDER Setting Conditions of Release as to Sean Stark (5) $25,000. unsecured Received for docketing 11/4/03. (Flaherty, Elaine)[1:03-mj-01150-JGD] (Entered: 11/07/2003) |
| 11/14/2003 | 16 | NOTICE OF ATTORNEY APPEARANCE Cynthia W. Lie appearing for USA. (Flaherty, Elaine)[1:03-mj-01150-JGD] (Entered: 11/19/2003) |
| 11/14/2003 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Preliminary Examination as to Christopher Sugar, Sean Stark held on 11/14/2003: AUSA Lee for the Govt. and Attys Norris and Shea for the Dfts.; Govt calls witness #1(Age[1:03nt O'Neill) direct exam; exhibit #1 entered; cross exam by the Attorney Norris and Attorney Shea; closing statements; USMJ Dein find probable cause. (Court Reporter D.R..) (Quinn, Thomas)[1:03-mj-01150-JGD] (Entered: 11/14/2003) |
| 12/03/2003 | 22 | INDICTMENT as to Christopher Sugar (1) count(s) 1, 2, Sean Stark (2) count(s) 1, 2, Trevor Teague (3) |

| | | |
|---|---|---|
| | | count(s) 1, 3, Anibal Torres (4) count(s) 1, 3, Fabian Ruiz (5) count(s) 1, 3. (Gawlik, Cathy) (Entered: 12/03/2003) |
| 12/03/2003 | | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Fabian Ruiz, Trevor Teague, Anibal Torres, Christopher Sugar, Sean Stark (Gawlik, Cathy) (Entered: 12/03/2003) |
| 12/15/2003 | 27 | MOTION For Transportation from Arizona to Massachusetts, and to Return to Arizona as to Sean Stark . (Simeone, Maria) (Entered: 12/18/2003) |
| 12/22/2003 | 32 | Judge Judith G. Dein : INITIAL SCHEDULING ORDER entered as to Sean Stark. Status Conference set for 1/22/2004 10:45 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 12/22/2003) |
| 12/22/2003 | 33 | Judge Judith G. Dein : ORDER ON EXCLUDABLE DELAY entered as to Sean Stark. Time excluded from 12/22/03 until 1/19/04. (Dambrosio, Jolyne) (Entered: 12/22/2003) |
| 01/12/2004 | 40 | Pursuant to Fed. R C.P. 16 and 116.1, 116.2 re: disc. as Fabian Ruiz, Trevor Teague, Anibal Torres, Christopher Sugar, Sean Stark filed by USA (Simeone, Maria) (Entered: 01/21/2004) |
| 01/21/2004 | 46 | JOINT STATUS REPORT by USA, Christopher Sugar, Sean Stark, Trevor Teague, Anibal Torres, Fabian Ruiz as to Fabian Ruiz, Trevor Teague, Anibal Torres, Christopher Sugar, Sean Stark (Simeone, Maria) (Entered: 01/23/2004) |
| 01/22/2004 | | Electronic Clerk's Notes for proceedings held |

| | | |
|---|---|---|
| | | before Judge Judith G. Dein :Status Conference as to Fabian Ruiz, Trevor Teague, Anibal Torres, Christopher Sugar, Sean Stark held on 1/22/2004; AUSA Lie and Attorneys Shea, Weinstein, Norris, Fried, and Carter report current case status; the govt. informs USMJ Dein the DEA intends to destroy evidence. The Dfts. will file a motion to preserve evidence with draft order; dispositive motions due 3/31/04; Next status conference is set for 4/2/04 @ 10:30am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 01/22/2004) |
| 01/22/2004 | 44 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Fabian Ruiz, Trevor Teague, Anibal Torres, Christopher Sugar, Sean Stark Status Conference set for 4/2/2004 10:30 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 01/23/2004) |
| 01/22/2004 | 45 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Fabian Ruiz, Trevor Teague, Anibal Torres, Christopher Sugar, Sean Stark Time excluded from 1/22/04 until 4/2/04. (Quinn, Thomas) (Entered: 01/23/2004) |
| 03/31/2004 | 53 | JOINT MOTION to Continue Status Conference. (Dambrosio, Jolyne) (Entered: 04/01/2004) |
| 04/01/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 53 Joint Motion to Continue Status Conference. The Conference has been continued to 4/26/04 at 2:30 P.M. (Dambrosio, Jolyne) (Entered: 04/01/2004) |
| 04/01/2004 | 55 | MOTION in Limine Pursuant to Simmons V. United States as to Sean Stark . (Patch, Christine) (Entered: 04/05/2004) |
| | | |



| 04/01/2004 | ●56 | MOTION to Suppress and Request for Hearingas to Sean Stark . (Patch, Christine) (Entered: 04/05/2004) |
| --- | --- | --- |
| 04/01/2004 | ●57 | MEMORANDUM in Support by Sean Stark re 56 MOTION to Suppress Evidence Seized Pursuant to a Motor Vehicle Stop. (Patch, Christine) (Entered: 04/05/2004) |
| 04/14/2004 | ●61 | Opposition by USA as to Sean Stark, Christopher Sugar re 56 MOTION to Suppress, [51] First MOTION to Suppress *Evidence with Memorandum in Support* (Patch, Christine) (Entered: 04/16/2004) |
| 04/15/2004 | ●60 | NOTICE OF HEARING ON MOTIONS as to Sean Stark and Christopher Sugar. Motion Hearing re: Motions to Suppress set for 5/18/2004 at 3:00 PM in Courtroom 13 before Judge Patti B. Saris. (Alba, Robert) (Entered: 04/15/2004) |
| 04/26/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Fabian Ruiz, Trevor Teague, Christopher Sugar, Sean Stark held on 4/26/2004; AUSA Lie and Attorneys Weinstein, Carter, Norris, and Shea report current case status; Attorney Shea seeks additional time on discovery issue; Discovery request due May 5, 2004 and any motion to compel is due May 19, 2004. USMJ Dein allows joint motion to extend order to preserve evidence and will issue order. Next status conference is set for May 20, 2004 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/26/2004) |
| 04/26/2004 | ●62 | MOTION To Extend Order To Preserve Evidence to June 1, 2004 by USA, Christopher Sugar, Sean Stark, Trevor Teague, Anibal Torres, Fabian Ruiz. |

| | | |
|---|---|---|
| | | (Quinn, Thomas) (Entered: 04/26/2004) |
| 04/26/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 62 Motion for Extension of Time as to Christopher Sugar (1), Sean Stark (2), Trevor Teague (3), Anibal Torres (4), Fabian Ruiz (5) (Quinn, Thomas) (Entered: 04/26/2004) |
| 04/26/2004 | 63 | Judge Judith G. Dein : ORDER entered as to Fabian Ruiz, Trevor Teague, Anibal Torres, Christopher Sugar, Sean Stark (Quinn, Thomas) (Entered: 04/26/2004) |
| 04/26/2004 | 64 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Fabian Ruiz, Trevor Teague, Anibal Torres, Christopher Sugar, Sean Stark Status Conference set for 5/20/2004 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 04/27/2004) |
| 04/26/2004 | 65 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Fabian Ruiz, Trevor Teague, Anibal Torres, Christopher Sugar, Sean Stark Time excluded from 4/26/04 until 5/20/04. (Quinn, Thomas) (Entered: 04/27/2004) |
| 04/26/2004 | 66 | Letter to Mark Shea from Cynthia Lie in response to his letter dated March 30, 2004. Ms. Lie discussed Mr. Shea's five questions with Sheriff Blankenship, the handler of the canine at issue, and he conveyed responses to the best of his knowledge. (Patch, Christine) (Entered: 04/28/2004) |
| 04/26/2004 | 68 | Final STATUS Conference REPORT by USA, Christopher Sugar, Sean Stark, Trevor Teague, Anibal Torres, Fabian Ruiz (Patch, Christine) (Entered: 04/29/2004) |

| | | |
|---|---|---|
| 04/27/2004 | ●69 | Letter to Attorneys Valerie Carter, Elliot Weinstein, Syrie Fried, Mark Shea, and Mel Norris from Cynthie Lie regarding discovery materials as to Fabian Ruiz, Trevor Teague, Anibal Torres, Christopher Sugar, Sean Stark (Patch, Christine) (Entered: 04/29/2004) |
| 04/29/2004 | ●70 | MOTION to Continue *Suppression Hearing* as to Sean Stark. (Norris, Melvin) Additional attachment(s) added on 4/30/2004 (Patch, Christine). (Entered: 04/29/2004) |
| 05/11/2004 | ●74 | MOTION to Travel *from Arizona to Boston* as to Sean Stark. (Norris, Melvin) (Entered: 05/11/2004) |
| 05/11/2004 | ●75 | MOTION for Authorization of Services or Funds *for Subsistence Expenses* as to Sean Stark. (Norris, Melvin) (Entered: 05/11/2004) |
| 05/11/2004 | ●76 | MOTION to Travel *from Massachusetts to Arizona* as to Sean Stark. (Norris, Melvin) (Entered: 05/11/2004) |
| 05/14/2004 | ● | Judge Patti B. Saris : Electronic ORDER entered granting 74 Motion to Travel from Arizona to Massachusetts; granting 76 Motion to Travel from Massachusetts to Arizona as to Sean Stark (2) (Patch, Christine) (Entered: 05/17/2004) |
| 05/14/2004 | ● | Judge Patti B. Saris : Electronic ORDER entered granting 75 Motion for Subsistence Expenses While in Boston for his Suppression Motion as to Sean Stark (2) (Patch, Christine) (Entered: 05/17/2004) |
| 05/17/2004 | ●78 | MOTION Opposition to Government's Motion to Order Travel as to Sean Stark. (Norris, Melvin) (Entered: 05/17/2004) |
| | | |


| | | |
|---|---|---|
| 05/17/2004 | 81 | MOTION to Order Travel Arrangements as to Sean Stark, Christopher Sugar by USA. (Patch, Christine) (Entered: 05/18/2004) |
| 05/17/2004 | 82 | Opposition by Sean Stark re 81 MOTION to Order Travel Arrangements. Re-entered by court staff to correct data entry error. (Patch, Christine) Modified on 5/18/2004 (Patch, Christine). (Entered: 05/18/2004) |
| 05/18/2004 | | Motions terminated as to Sean Stark, Christopher Sugar : 78 MOTION Opposition to Government's Motion to Order Travel filed by Sean Stark. Entered in error by attorney. (Patch, Christine) (Entered: 05/18/2004) |
| 05/18/2004 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Evidentiary Hearing on Motion to suppress as to Sean Stark, Christopher Sugar held on 5/18/2004. Continued Evidentiary Hearing set for 5/19/04 at 9:30 a.m. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 05/18/2004) |
| 05/19/2004 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Evidentiary Hearing on Motion to Suppress as to Sean Stark, Christopher Sugar held on 5/19/2004. Parties rest. Court hears argument of counsel. Court takes motion under advisement. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 05/19/2004) |
| 05/19/2004 | 84 | EXHIBIT LIST for Evidentiary Hearing held on 5/18/04 and 5/19/04 as to Sean Stark and Christopher Sugar. (Alba, Robert) (Entered: 05/19/2004) |
| | | |

| | | |
|---|---|---|
| 05/19/2004 | ●85 | WITNESS LIST for Evidentiary Hearing held on 5/18/04 and 5/19/04 as to Sean Stark and Christopher Sugar. (Alba, Robert) (Entered: 05/19/2004) |
| 05/20/2004 | ●92 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Fabian Ruiz, Trevor Teague, Christopher Sugar, Sean Stark (Quinn, Thomas) (Entered: 05/26/2004) |
| 05/20/2004 | ●94 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Fabian Ruiz, Trevor Teague, Christopher Sugar, Sean Stark Time excluded from 5/20/04 until 6/21/04. (Quinn, Thomas) (Entered: 05/26/2004) |
| 05/24/2004 | ●95 | Missouri Traffic Regulation requested by the Honorable Patti B. Saris in the recent evidentiary hearing. (Patch, Christine) (Entered: 05/27/2004) |
| 05/25/2004 | ●91 | Assented to MOTION to Modify Conditions of Release *on Bail* as to Sean Stark. (Norris, Melvin) (Entered: 05/25/2004) |
| 05/25/2004 | ● | Judge Patti B. Saris : Electronic ORDER entered granting 91 Assented to Motion for Enlargement of Bail as to Sean Stark (2). "However, I would like an explanation about how he can afford to go to Maine, but not Massachusetts." (Patch, Christine) (Entered: 05/26/2004) |
| 05/26/2004 | ●97 | Opposition by USA as to Sean Stark, Christopher Sugar 56 MOTION to Suppress and Sugar's Supplemental Memorandum. (Patch, Christine) (Entered: 06/01/2004) |
| 05/27/2004 | ●96 | MOTION for Leave to File a Supplemental Memorandum of Fact and Law in Support of |

|  |  | Motion to Suppress Evidence Seized Pursuant to a Motor Vehicle Stopas to Sean Stark . (Attachments: # 1 Supplemental Memorandum of Fact and Law in Support of Motion to Suppress Evidence Seized Pursuant to a Motor Vehicle Stop)(Patch, Christine) (Entered: 06/01/2004) |
|---|---|---|
| 06/08/2004 | 99 | Opposition by USA as to Sean Stark, Christopher Sugar Supplemental Memorandum in Support of Motion to Suppress and [89] First MOTION to Compel *Discovery* (Patch, Christine) (Entered: 06/10/2004) |
| 06/24/2004 | 103 | Judge Patti B. Saris : Memorandum and ORDER entered granting [51] Motion to Suppress as to Christopher Sugar (1); granting 56 Motion to Suppress as to Sean Stark (2) (Patch, Christine) (Entered: 06/29/2004) |
| 07/08/2004 | 106 | Joint MOTION to Extend Order to Preserve Evidence to August 20, 2004 as to Fabian Ruiz, Trevor Teague, Anibal Torres, Christopher Sugar, Sean Stark by USA, Christopher Sugar, Sean Stark, Trevor Teague, Anibal Torres, Fabian Ruiz. (Patch, Christine) (Entered: 07/15/2004) |
| 07/23/2004 | 107 | NOTICE OF APPEAL by USA re 103 Order on Motion to Suppress. Appeal Record due by 8/12/2004. (Patch, Christine) Modified on 7/28/2004 (Patch, Christine). (Entered: 07/28/2004) |
| 07/23/2004 | 108 | Certification re 107 Notice of Appeal by USA, as to Sean Stark, Christopher Sugar. (Patch, Christine) (Entered: 07/28/2004) |
| 08/27/2004 | 113 | MOTION for transcripts at government expense as to Sean Stark. (Norris, Melvin) (Entered: |

| | | |
|---|---|---|
| | | 08/27/2004) |
| 09/09/2004 | 〇 | Judge Patti B. Saris : Electronic ORDER entered granting [115] Motion for Transcript at Government Expense as to Christopher Sugar (1); granting 113 Motion for Transcript at Government Expense as to Sean Stark (2) (Patch, Christine) (Entered: 09/13/2004) |
| 10/13/2004 | 〇128 | SUPERSEDING INDICTMENT as to Christopher Sugar (1) count(s) 1s, 2s, Sean Stark (2) count(s) 1s, 2s, Trevor Teague (3) count(s) 1s, 3s, Fabian Ruiz (5) count(s) 1s, 3s. (Gawlik, Cathy) (Entered: 10/14/2004) |
| 10/14/2004 | 〇129 | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: Pretrial proceedings re: Superseding Indictment as to Fabian Ruiz, Trevor Teague, Christopher Sugar, Sean Stark (Gawlik, Cathy) (Entered: 10/14/2004) |
| 11/12/2004 | 〇135 | TRANSCRIPT of Evidentiary Motion Hearing Day One as to Sean Stark, Christopher Sugar held on May 18, 2004 before Judge Saris. Court Reporter: Marie L. Cloonan. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/439-7086 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/12/2004) |
| 11/12/2004 | 〇136 | TRANSCRIPT of Evidenitary Motion Hearing Day Two as to Sean Stark, Christopher Sugar held on May 19, 2004 before Judge Saris. Court Reporter: Marie L. Cloonan. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court |

|  |  | reporter at 617/439-7086 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/12/2004) |
|--|--|--|