```
            UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA  )
                          )    CRIMINAL NO. 03-CR-10362-PBS
V.                        )
                          )
TREVOR TEAGUE             )
     and                  )
FABIAN RUIZ               )
```

### ORDER TO PRESERVE MARIJUANA

It is hereby ordered that the Drug Enforcement Administration preserve the 376 pounds of marijuana seized in connection with this case until any appeal of defendant Teague and Ruiz is fully adjudicated.

Dated: June 22, 2005

_____
Patti B. Saris
United States District Judge

2