MANDATE

# United States Court of Appeals
## For the First Circuit

03-10362
Massachusetts (a)
w. G. Young

No. 05-1789

UNITED STATES OF AMERICA,

Appellee,

v.

TREVOR ROYCE TEAGUE,

Defendant, Appellant.

### JUDGMENT

Entered: November 29, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction and sentence are affirmed.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

MARGARET CARTER

Deputy Clerk

By: Margaret Carter, Chief Deputy Clerk

Date: 12/20/06

[cc: Ms. Chaitowitz, Ms. Lie, Mr. Feeley, & Mr. Feldman.]